# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| YURIY CHAVARHA, an individual and on behalf of all others similarly situated, | CASE NO. 15cv816-WQH-BLM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| THE RETIREMENT GROUP, LLC, doing business as THE RETIREMENT GROUP, an unknown business entity; RETIREMENT GROUP, LLC, THE, a California Limited Liability Company; and DOES 1 through 100, inclusive, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the joint motion for a supplemental order regarding Defendant The Retirement Group LLC's payment of attorneys' fees and costs. (ECF No. 27).

On September 7, 2015, Plaintiff filed a motion for attorneys' fees and costs. (ECF No. 19). On February 8, 2016, the Court granted the motion for attorneys' fees and costs in the amount of $35,197.60. (ECF No. 23).

On February 18, 2016, the parties filed the "Joint Proposed Supplemental Order Regarding Defendant, The Retirement Group LLC's Payment of Attorney's Fees and Costs." (ECF No. 27). In the joint motion, the parties state that

> The parties have met and conferred and Plaintiff has agreed to allow Defendant 30 days, or until March 17, 2016 to pay the fees and costs

awarded by the Court. The parties further agree that if the fees and costs are not paid by March 17, 2016, then interest on such award, fees and expenses shall accrue from the date of this Order until paid at the maximum rate allowed by law.

*Id.* at 2.

IT IS HEREBY ORDERED that the joint motion for a supplemental order regarding Plaintiff Yuriy Chavarha's motion for attorneys' fees and costs is granted. Pursuant to the parties joint motion for a supplemental order, the attorneys fees and costs awarded in the Order entered by the Court on February 8, 2016 shall be paid by March 17, 2016. If not so paid, then interest on such award, fees, and expenses shall accrue from the date of this Order until paid at the maximum rate allowed by law.

DATED: February 23, 2016

**WILLIAM Q. HAYES**
United States District Judge